further *in forma pauperis,* denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Wm. W. Flournoy* for petitioner.

No. 959. AMERICAN MEDICAL ASSOCIATION ET AL. *v.* UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Edward M. Burke, Seth W. Richardson, Charles S. Baker, Adrien F. Busick, William E. Leahy,* and *John E. Laskey* for petitioners. *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston, John Henry Lewin,* and *Grant W. Kelleher* for the United States.

No. 963. WICHITA ROYALTY CO. ET AL. *v.* CITY NATIONAL BANK OF WICHITA FALLS ET AL. June 3, 1940. The motion to dispense with reprinting Volumes 1, 2, and 3 of the record is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Messrs. Guy Rogers* and *Ray Bland* for petitioners. *Messrs. T. R. Boone* and *Leslie Humphrey* for respondents.

No. 1015. DONAHOE'S INCORPORATED PREFERRED AND CLASS A STOCKHOLDERS' PROTECTIVE ASSOCIATION ET AL. *v.* DONAHOE'S INCORPORATED ET AL. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Samuel G. Wagner* for petitioners.